UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS HALL,<br><br>             Plaintiff,<br><br>     vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>             Defendants. | 1:18-cv-01678-DAD-GSA-PC<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER RULE 41 (ECF No. 20.)**<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

     Curtis Hall ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint filed on February 18, 2020, against defendant County of Fresno for violation of Plaintiff's rights under the Fourteenth Amendment.[1]  (ECF No. 8.) On December 30, 2020, the parties filed a stipulation for voluntary dismissal with prejudice under Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 20.)

     Rule 41 provides, in part: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R.

---

[1] On July 15, 2020, the court issued an order dismissing all other claims and defendants from this action based on Plaintiff's failure to state a claim. (ECF No. 11.)

Civ. P. 41(a)(1)(A). Here, the parties have filed a stipulation of dismissal, with prejudice, signed by all parties who have appeared in this case, stipulating to the dismissal of defendant County of Fresno with prejudice from all claims alleged in the First Amended Complaint in this action. (ECF No. 20.) Therefore, the stipulation is effective and this case is dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for voluntary dismissal of this case, signed by Plaintiff and defendant County of Fresno and filed on December 30, 2020, is effective as of the date it was filed;

2. This case is DISMISSED in its entirety with prejudice; and

3. The Clerk of the Court is DIRECTED to close the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**January 4, 2021**__          _____/s/ Gary S. Austin_____
                                          UNITED STATES MAGISTRATE JUDGE